UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 05CV2541 PAM/RLE

A.M.J., by and through her parents
And natural guardians, D.J. and G.C.,

      Plaintiff,

**ORDER APPROVING MINOR SETTLEMENT AND DISMISSAL WITH PREJUDICE**

Royalton Public Schools, Independent
School District No. 485; et al.,

      Defendants.

      This matter came before the undersigned on August 9, 2007 upon the Petition for Approval of Minor Settlement. The Petitioners, D.J. and G.C. appeared and were represented by Amy J. Goetz, School Law Center, 452 Selby Avenue, Second Floor East, St. Paul, Minnesota 55105. There was no appearance by the minor Plaintiff, A.M.J., nor was there any appearance by Benton County Social Services or the minor's Guardian ad Litem in connection with a pending Benton County juvenile protection proceeding.

      Having reviewed the pleadings and attachments herein, and upon the testimony of Petitioners, the Court finds that the settlement of the minor's discrimination claims by voluntary dismissal with prejudice and without costs to any party as stipulated between the Petitioners and the Defendants is fair and reasonable under the circumstances. The minor settlement is approved.

NOW, THEREFORE, THE COURT ORDERS:

1. The stipulation of dismissal with prejudice is approved as to all terms as more specifically set out in the Stipulation of Dismissal with Prejudice executed by the parties through counsel;

2. This matter is dismissed with prejudice; and

3. No costs shall be awarded to any party.

Dated this 9th day of August, 2007.

BY THE COURT,

S/Paul A. Magnuson

Paul A. Magnuson,
Judge of United States District Court